UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| EARNESTINE SMITH | * | CIVIL ACTION NO. 14-2717 |
| VERSUS | * | JUDGE ELIZABETH E. FOOTE |
| JOHNSON & JOHNSON, ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint is hereby DISMISSED, with prejudice. Fed.R.Civ.P. 41(b).

In Chambers, at Shreveport, Louisiana, this ___ day of _____ 2015.

_____
Elizabeth E. Foote
United States District Judge